# Exhibit 3

**Exhibit 3 - Plaintiff's counsel's time records**

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 1/3/2018 | CT | 0.50 | $125.00 | $62.50 | Draft Civil Cover Letter /Filed Summons & Complaint w/ EDNY |
| 1/5/2018 | CT | 0.40 | $125.00 | $50.00 | Filed Notice of Appearance (for MK) |
| 9/8/2017 | DAS | 1.00 | $400.00 | $400.00 | Client meeting |
| 9/12/2017 | DAS | 2.00 | $400.00 | $800.00 | Draft complaint |
| 9/12/2017 | DAS | 0.10 | $400.00 | $40.00 | Research company/CEO |
| 9/13/2017 | DAS | 0.10 | $400.00 | $40.00 | E-mail client re: complaint |
| 9/18/2017 | DAS | 0.10 | $400.00 | $40.00 | E-mail client re: complaint |
| 9/18/2017 | DAS | 0.10 | $400.00 | $40.00 | Review client documents |
| 9/25/2017 | DAS | 0.10 | $400.00 | $40.00 | Review legal research |
| 9/26/2017 | DAS | 0.10 | $400.00 | $40.00 | Vm for client |
| 10/10/2017 | DAS | 0.10 | $400.00 | $40.00 | Client call |
| 10/10/2017 | DAS | 0.20 | $400.00 | $80.00 | Edit complaint |
| 10/16/2017 | DAS | 0.40 | $400.00 | $160.00 | Edit complaint |
| 10/19/2017 | DAS | 0.30 | $400.00 | $120.00 | Draft demand letter |
| 10/25/2017 | DAS | 0.20 | $400.00 | $80.00 | Review complaint with Maimon |
| 10/26/2017 | DAS | 0.10 | $400.00 | $40.00 | Review e-mail from defense |
| 11/1/2017 | DAS | 0.50 | $400.00 | $200.00 | Calls with defense re: case/Harrison re: strategy |
| 11/7/2017 | DAS | 0.10 | $400.00 | $40.00 | Client call |
| 11/7/2017 | DAS | 0.30 | $400.00 | $120.00 | Prepare damage calculation |
| 11/14/2017 | DAS | 0.20 | $400.00 | $80.00 | Discuss settlement demand with Maimon |
| 11/14/2017 | DAS | 0.10 | $400.00 | $40.00 | Client call re: settlement |
| 11/14/2017 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense re: settlement |
| 12/20/2017 | DAS | 0.10 | $400.00 | $40.00 | Client call re: case status |
| 1/2/2018 | DAS | 0.10 | $400.00 | $40.00 | Call with defense |
| 1/2/2018 | DAS | 0.10 | $400.00 | $40.00 | Discuss complaint with Maimon |
| 1/2/2018 | DAS | 0.10 | $400.00 | $40.00 | Vm for client |
| 1/2/2018 | DAS | 0.10 | $400.00 | $40.00 | Edit complaint |
| 1/3/2018 | DAS | 0.10 | $400.00 | $40.00 | Client call |
| 1/3/2018 | DAS | 0.80 | $400.00 | $320.00 | Help Carlora file complaint |
| 1/3/2018 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense re: complaint |
| 1/3/2018 | DAS | 0.10 | $400.00 | $40.00 | Review waiver of service |
| 2/9/2018 | DAS | 0.10 | $400.00 | $40.00 | Client call re: case status |
| 5/30/2018 | DAS | 0.10 | $400.00 | $40.00 | Review oral argument transcript in other case against All Metro |
| 6/1/2018 | DAS | 0.10 | $400.00 | $40.00 | Review Rule 26(f) |
| 6/6/2018 | DAS | 0.10 | $400.00 | $40.00 | Client call |
| 6/6/2018 | DAS | 0.20 | $400.00 | $80.00 | Discuss schedule with Maimon |
| 6/6/2018 | DAS | 0.10 | $400.00 | $40.00 | Client call re: failed fax |
| 6/10/2018 | DAS | 0.20 | $400.00 | $80.00 | Draft discovery plan |
| 6/10/2018 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense re: discovery plan |

Exhibit 3 - Plaintiff's counsel's time records

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 6/11/2018 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense |
| 6/11/2018 | DAS | 0.50 | $400.00 | $200.00 | Discuss case with defense/draft letter to court re: adjournment |
| 6/15/2018 | DAS | 0.20 | $400.00 | $80.00 | Review file/e-mail defense re: settlement documents |
| 6/28/2018 | DAS | 0.30 | $400.00 | $120.00 | Review documents/client call |
| 6/28/2018 | DAS | 1.40 | $400.00 | $560.00 | Prepare damage calculation |
| 7/2/2018 | DAS | 0.60 | $400.00 | $240.00 | Prepare damage calculation |
| 7/3/2018 | DAS | 0.90 | $400.00 | $360.00 | Prepare damage calculation |
| 7/5/2018 | DAS | 1.00 | $400.00 | $400.00 | Prepare damage calculation |
| 7/6/2018 | DAS | 0.60 | $400.00 | $240.00 | Research claims |
| 7/10/2018 | DAS | 0.10 | $400.00 | $40.00 | Review damages |
| 7/10/2018 | DAS | 0.10 | $400.00 | $40.00 | Discuss damages with Maimon |
| 7/12/2018 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense re: settlement |
| 7/13/2018 | DAS | 0.20 | $400.00 | $80.00 | Vm for client/update damages calc |
| 7/16/2018 | DAS | 0.10 | $400.00 | $40.00 | Vm for client |
| 7/17/2018 | DAS | 0.10 | $400.00 | $40.00 | Client call re: settlement |
| 7/17/2018 | DAS | 0.40 | $400.00 | $160.00 | E-mail defense re: settlement |
| 8/7/2018 | DAS | 0.10 | $400.00 | $40.00 | Client call |
| 8/27/2018 | DAS | 0.10 | $400.00 | $40.00 | Review docket in other case against All Metro |
| 8/29/2018 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense |
| 9/5/2018 | DAS | 0.20 | $400.00 | $80.00 | Prepare for call with defense |
| 9/5/2018 | DAS | 0.20 | $400.00 | $80.00 | Call with defense re: settlement |
| 9/12/2018 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense |
| 9/12/2018 | DAS | 0.20 | $400.00 | $80.00 | Call with defense re: settlement |
| 9/12/2018 | DAS | 0.30 | $400.00 | $120.00 | Client call |
| 9/14/2018 | DAS | 0.10 | $400.00 | $40.00 | Call with defense re: settlement |
| 9/14/2018 | DAS | 0.20 | $400.00 | $80.00 | Draft letter to court |
| 9/20/2018 | DAS | 0.40 | $400.00 | $160.00 | Calls with defense/client; review damages |
| 9/20/2018 | DAS | 0.10 | $400.00 | $40.00 | Discuss settlement with Maimon |
| 9/20/2018 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense re: settlement |
| 9/20/2018 | DAS | 0.30 | $400.00 | $120.00 | Client call |
| 9/21/2018 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense |
| 9/24/2018 | DAS | 0.40 | $400.00 | $160.00 | Calls/vm for client/defense |
| 9/26/2018 | DAS | 0.20 | $400.00 | $80.00 | Calls with defense and client |
| 9/26/2018 | DAS | 0.10 | $400.00 | $40.00 | Calculate settlement split/e-mail defense re: same |
| 9/28/2018 | DAS | 0.10 | $400.00 | $40.00 | Draft letter to court |
| 10/9/2018 | DAS | 0.20 | $400.00 | $80.00 | Review settlement agreement |
| 10/9/2018 | DAS | 0.10 | $400.00 | $40.00 | Client call |
| 10/9/2018 | DAS | 0.10 | $400.00 | $40.00 | Discuss settlement with Maimon |
| 10/10/2018 | DAS | 0.20 | $400.00 | $80.00 | Edit settlement agreement |

**Exhibit 3 - Plaintiff's counsel's time records**

| Date | Biller | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| 10/10/2018 | DAS | 0.50 | $400.00 | $200.00 | Draft settlement approval letter |
| 10/11/2018 | DAS | 0.10 | $400.00 | $40.00 | Call with defense re: settlement |
| 10/11/2018 | DAS | 0.20 | $400.00 | $80.00 | Draft settlement approval letter |
| 10/12/2018 | DAS | 1.70 | $400.00 | $680.00 | Draft settlement approval letter |
| 10/15/2018 | DAS | 0.10 | $400.00 | $40.00 | Client call |
| 10/16/2018 | DAS | 0.70 | $400.00 | $280.00 | Edit settlement approval letter/e-mail defense re: same |
| 10/17/2018 | DAS | 0.10 | $400.00 | $40.00 | Review stipulation of dismissal |
| 10/17/2018 | DAS | 0.10 | $400.00 | $40.00 | Vm for defense |
| 10/17/2018 | DAS | 0.10 | $400.00 | $40.00 | Call with defense re: settlement |
| 10/18/2018 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense |
| 10/18/2018 | DAS | 0.30 | $400.00 | $120.00 | Review/edit settlement approval letter |
| 10/18/2018 | DAS | 0.10 | $400.00 | $40.00 | Call with defense |
| 9/13/2017 | DMK | 0.10 | $450.00 | $45.00 | Discussion with Denise re: demand letter |
| 3/28/2018 | DMK | 0.20 | $450.00 | $90.00 | Discussion with Denise re: initial conference and serving discovery |
| | Total: | 24.80 | | $9,687.50 | |

**Billers**

| | | | | | |
|---|---|---|---|---|---|
| Carlora Turnquest ("CT"): 0.9 hours at $125/hr = $112.50 | | | | | |
| Denise A. Schulman ("DAS"): 23.6 hours at $400/hr = $9,440 | | | | | |
| D. Maimon Kirschenbaum ("DMK"): 0.3 hours at $450/hr = $135 | | | | | |