UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ROSLYN RUDDOCK, on behalf of herself
and others similarly situated,

                Plaintiff,

        v.

ALL METRO HOME CARE SERVICES OF
NEW YORK, INC. d/b/a ALL METRO
HEALTH CARE and ALL METRO FIELD
SERVICES WORKERS PAYROLL
SERVICES CO.,

                Defendants.
----------------------------------------------------------x

CASE NO. 18 CV 00024

**FILED**
**CLERK**
10/30/2018 4:57 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

### PROPOSED ORDER DISMISSING CASE WITH PREJUDICE

AND NOW, THIS ___ DAY of October, 2018, the Court having reviewed the within case captioned *Roslyn Ruddock, individually and on behalf of those similarly situated v. All Metro Home Care Services Of New York, Inc. d/b/a All Metro Health Care and All Metro Field Services Workers Payroll Services Co.* (the "Lawsuit") currently pending before this Court, including the Settlement Agreement and Plaintiff's Motion for Approval of Settlement and Dismissal of Claims with Prejudice, and considered applicable case law, and for good cause shown, it is ORDERED, ADJUDGED, and DECREED that:

    1.    The Settlement Agreement between Plaintiff *Roslyn Ruddock and All Metro Home Care Services Of New York, Inc. d/b/a All Metro Health Care and All Metro Field Services Workers Payroll Services Co.* (the "Parties"): (a) is fair to all Parties; (b) reasonably resolves a bona fide disagreement between the Parties with regard to the merits of the Plaintiff's

1

claims; and (c) demonstrates a good faith intention by the Parties that the Plaintiff's claims for liability and damages be fully and finally resolved, and not re-litigated in whole or in part at any point in the future. The Agreement is therefore APPROVED by the Court and Plaintiff's Motion is GRANTED.

2. The Lawsuit is hereby DISMISSED WITH PREJUDICE with each party to bear their own fees and costs except as stated in the Parties' Settlement Agreement. This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

Dated: October 26, 2018
New York, New York

| JOSEPH & KIRSCHENBAUM LLP | JONATHAN P. ARFA, P.C. |
|---|---|
| /s/ D. Maimon Kirschenbaum | /s/ Jonathan P. Arfa (DAS) |
| D. Maimon Kirschenbaum | Jonathan P. Arfa |
| Denise A. Schulman | 2 Westchester Park Drive |
| 32 Broadway, Suite 601 | White Plains, NY 10604 |
| New York, NY 10004 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

So Ordered:  /s/ JMA          10/30/2018
Hon. Joan M. Azrack (U.S.D.J.)